Peter Strojnik, State Bar No. 6464
**STROJNIK P.C.**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 524-6602
Facsimile:   (602) 296-0135
ps@strojnik.com

Peter Kristofer Strojnik, State Bar No. 026082
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409
Facsimile:   (602) 916-0253
strojnik@skplaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:15-cv-01251-HRH |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Graduate Tempe Owner L.L.C., a Delaware Limited Liability Company D/B/A Graduate Tempe; | |
| Defendant. | |

1  Please take notice that Plaintiff voluntarily dismisses the above complaint with
2  prejudice, each party to bear its own costs and attorney's fees.

RESPECTFULLY SUBMITTED this 26th day of August, 2015.

**STROJNIK P.C.**

Peter Strojnik (6464)
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Attorneys for Plaintiff